PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

# Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Lopez-Cortez            Docket Number: 08-00720-001
                                                                                                                               PACTS Number: 51237

Name of Sentencing Judicial Officer: HONORABLE KATHARINE S. HAYDEN
                                                                           SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/11/2009

Original Offense: Conspiracy to Distribute 500 Grams or More of Cocaine

Original Sentence: Imprisonment - 30 months; Supervised Release - 3 years; Special Assessment - $100

Type of Supervision: Supervised Release           Date Supervision Commenced: 04/30/10

Assistant U.S. Attorney: Dennis Carletta, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

Defense Attorney: Louis J. R. Kady, 222 Washington Avenue, Carteret, New Jersey 07008, (732) 541-4242

---

## PETITIONING THE COURT

[X] To issue a warrant (to be lodged as a detainer)
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                        The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                          On October 19, 2012, the offender was arrested by officers of the Perth Amboy Police Department and charged with Possession of Cocaine, Possession with Intent to Distribute Cocaine, Possession with Intent to Distribute within 500 Feet of a Public Place, and Conspiracy to Distribute Cocaine. According to the arresting officer, information was received by police that an individual by the name of Thomas Vega and another individual (name unknown) were to engage in a drug transaction. Police surveilled the scene, at which time the offender arrived with a quantity of drugs to sell to Vega and the other individual. Police arrested the offender at the scene with the quantity of drugs. The offender is being detained at the Middlesex County Jail on $100,000 cash bail. The charges are pending.

I declare under penalty of perjury that the foregoing is true and correct.

By: Barbara R. Kerrigan
Supervising U.S. Probation Officer
Date: 10/22/12

THE COURT ORDERS:

[X] The Issuance of a Warrant (to be lodged as a detainer)
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/22/12
Date