UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> : <br> DAVID LOPEZ-CORTEZ : <br> : | Criminal No. 08-720 (KSH) <br><br> **ORDER DIRECTING PROBATION TO CONDUCT AN INVESTIGATION REGARDING POTENTIAL CONDITIONS OF BAIL** |

This matter having come before the Court on the application of defendant, David Lopez-Cortez through his attorney, Peter M. Carter, Assistant Federal Public Defender, appearing, for an Order directing Probation to conduct an investigation regarding bail conditions for Mr. Lopez-Cortez in anticipation of a Bail Hearing in this matter

IT IS on this 27 day of November, 2012

ORDERED that Probation shall conduct an investigation regarding bail conditions for Mr. Lopez-Cortez in anticipation of a Bail Hearing in this matter.

KATHARINE S. HAYDEN
United States District Court Judge