UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 08-720-01 |
| DAVID LOPEZ-CORTEZ | : | ORDER |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant David Lopez-Cortez (Peter Carter, AFPD, appearing) to comply with certain conditions of supervised release imposed on February 11, 2009; and defendant having made a bail application pending the hearing as to the petition; and for good cause shown;

IT IS on this ___ day of January 2013,

ORDERED that the defendant be released from custody and permitted to reside at the residence approved by the United States Probation Office and required to comply with all of the conditions of his supervised release, and that the matter is hereby continued pending a hearing on the violation, which has been scheduled for March 18, 2013.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge